# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| **CHRISTINE MEDLIN,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) No. 3:12-cv-00327 |
| v. | ) |
| | ) Judge Sharp |
| **ENCORE MARKETING, LLC,** | ) |
| | ) |
| Defendant. | ) |

## ORDER

For the reasons explained in the accompanying Memorandum, the Court GRANTS Encore's motion for partial summary judgment, (Docket No. 44), and DISMISSES AS MOOT Encore's motion for oral argument, (Docket No. 45).

It is SO ORDERED.

_____
KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE